# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | CR 04-423 RBW |
|---|---|---|
| Name (under which you were convicted): Kenneth D. Wilson | | Docket or Case No.: |
| Place of Confinement: Morgantown, WVA | | Prisoner No.: 27787-016 |
| UNITED STATES OF AMERICA  v. | | Movant (include name under which convicted) Kenneth D. Wilson |

## MOTION

CASE NUMBER 1:05CV01431
JUDGE: Reggie B. Walton
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 07/20/2005

1. (a) Name and location of court that entered the judgment of conviction: US District Court    Washington DC

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): 10-15-2004

   (b) Date of sentencing: 1-11-2005

3. Length of sentence: 13 Months    5 years supervised release

4. Nature of crime (all counts): BANK FRAUD (F)    THEFT OF PUBLIC MONEY (M)

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐

**RECEIVED**

JUL 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT